## HOAGLAND v. POST.

A payment made in unlawful money, if pursuant to the agreement of parties, is legal, and does not subject the party paying it to the penalties of the law by which such coin is prohibited.

*Certiorari* to Justice Van Riper.

By the return of the justice, and affidavits, it appeared the defendant below had made a payment in York coppers. This action was brought upon the act of June 4th, 1787, which enacts that " if any person after the 20th of July next, shall offer to pass in payment other coppers than those permitted by the law of June 1st, 1786, and a supplement thereto, passed November 22d, 1786, such person shall forfeit and pay *ten* times the nominal value," &c.

PER CURIAM. It appears the payment in York coppers was made pursuant to an agreement of the parties at the time of contracting the debt; the defendant below cannot therefore be considered within the purview of the act or liable to its penalties.

Judgment reversed.